Honorable Richard A. Jones
Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PRABHJIT SINGH, | NO. C19-0940 RAJ-MAT |
|---|---|
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| WILLIAM P. BARR, *et al.*, | |
| Respondents. | |

In their Joint Status Report [dkt. no. 7], the parties informed the Court that U.S. Citizenship and Immigration Services has placed Petitioner in full removal proceedings and that Petitioner is no longer subject to a removal order. Accordingly, the Court orders as follows:

1. ~~Petitioner's "Emergency Motion for Temporary Restraining Order and Stay of Removal" [dkt. no. 2] is denied as moot;~~

[PROPOSED] ORDER, *Singh v. Barr, et al.*,
No. C19-0940 RAJ-MAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The temporary stay of Petitioner's removal and transfer to another judicial district [dkt. No. 3] is lifted; and

3. The parties are directed to file another Joint Status Report within thirty (30) days of this Order, if this action has not already been dismissed by then.

Dated this 20th day of August, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER, *Singh v. Barr, et al.*,
No. C19-0940 RAJ-MAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970